BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MAURELIO RICO-RIOS<br>   aka Bambi,<br>YANEYRI ZAVALA-BARRERA, and<br>CRISTINA GARCIA-HERNANDEZ,<br><br>                    Defendants. | CASE NO. 1:12-CR-00232-AWI-DLB<br><br>STIPULATION AND DISCOVERY<br>PROTECTIVE ORDER BETWEEN<br>DEFENDANTS AND THE<br>UNITED STATES |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to social security numbers, alien registration numbers, dates of birth, telephone numbers, residential addresses, photographs, as well as other forms of personal identification ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is

appropriate.

THEREFORE, plaintiff United States of America, by and through its counsel of record, and defendants MAURELIO RICO-RIOS, YANEYRI ZAVALA-BARRERA, and CRISTINA GARCIA-HERNANDEZ (the "defendants"), by and through their respective counsel of record, Ann H. Voris, Anthony P. Capozzi, and Richard A. Beshwate (collectively referred to as "Defense Counsel"), hereby agree and stipulate as follows:

1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.    This Order pertains to all discovery provided to or made available to Defense Counsel by the United States in this case (hereafter, collectively known as "the discovery").

3.    By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel, designated defense investigators, retained expert witnesses, and other support staff.  Defense Counsel may permit their respective defendants to view unredacted documents in the presence of their respective attorneys, defense investigators and support staff.  Defense counsel personally, or through their investigators and support staff, may show unredacted documents to witnesses in regard to documents or events about which a witness may have personal knowledge.  The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendants to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel and their respective defense investigators and support staff may

provide the respective defendants and witnesses with copies of documents from which Protected Information has been redacted.

    4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government.  At the conclusion of the case, Defense Counsel will return the discovery to the Government or will certify that it has been shredded.

    5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising their respective defendants, employees, witnesses, and other members of their respective defense teams of the contents of this Stipulation/Order.

    7.   In the event that any defendant herein substitutes counsel, the respective undersigned Defense Counsel agrees to withhold

///
///
///
///
///
///
///
///
///

discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.


IT IS SO STIPULATED.


Dated: July 31, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                   By: /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney

Dated: July 31, 2012                    /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Attorney for Defendant
                                        MAURELIO RICO-RIOS

Dated: July 31, 2012                    /s/ Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Attorney for Defendant
                                        YANEYRI ZAVALA-BARRERA

Dated: July 31, 2012                    /s/ Richard A. Beshwate
                                        RICHARD A. BESHWATE
                                        Attorney for Defendant
                                        CRISTINA GARCIA-HERNANDEZ


        IT IS SO ORDERED.

        **Dated:   August 1, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE