BENJAMIN B. WAGNER
United States Attorney
MEGAN ANNE SCHULTZ RICHARDS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00232-AWI-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| MAURELIO RICO-RIOS, aka Bambi, YANEYRI ZAVALA-BARRERA, and CRISTINA GARCIA-HERNANDEZ, | |
| Defendants. | |

Based upon the plea agreements entered into between United States of America and defendants Maurelio Rico-Rios aka Bambi, Yaneyri Zavala-Barrera, and Cristina Garcia-Hernandez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendants Maurelio Rico-Rios, aka Bambi, Yaneyri Zavala-Barrera, and Cristina Garcia-Hernandez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a. Counterfeit I-551;
       b. Verizon cell phone;
       c. Box of white envelopes;

        d.    Fraudulent document making materials;
        e.    HP Photosmart Plus;
        f.    2 Brother typewriters;
        g.    Laminator;
        h.    $60.00 in U.S. currency;
        i.    Paper trimmer;
        j.    Card making supplies;
        k.    6 CDs/DVDs;
        l.    Miscellaneous documents;
        m.    Suspected partially completed counterfeit documents;
        n.    Toshiba laptop;
        o.    2 Micro SD Cards;
        p.    Thumb drive;
        q.    39 Government Identification Documents;
        r.    Lexmark copier/printer;
        s.    Canon printer/copier;
        t.    Samsung cell phone
        u.    2 Huawei cell phones;
        v.    Sanyo cell phone;
        w.    2 Motorola cell phones;
        x.    Davis .22 caliber handgun;
        y.    82 rounds of .22 caliber ammunition; and
        z.    Samsung cell phone.

2. The above-listed assets constitute property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any

person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   December 28, 2012            _____
                                        UNITED STATES DISTRICT JUDGE