ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
YANEYRI ZAVALA-BARRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00232 AWI |
| Plaintiff, ) | |
| ) | STIPULATION AND  ORDER |
| vs. ) | ADVANCING SENTENCING HEARING DATE |
| ) | |
| YANEYRI ZAVALA-BARRERA, ) | |
| ) | DATE: March 4, 2013 |
| Defendant. ) | TIME: 10:00 a.m. |
| ) | Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, March 4, 2013, be advanced to **Monday, February 11, 2013, at 10:00 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///
///
///
///
///
///

```
                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: February 4, 2013               /s/Megan A. S. Richards
                                      MEGAN A. S. RICHARDS
                                      Assistant United States Attorney


DATED: February 4, 2013               /s/ Anthony P. Capozzi
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant
                                      YANEYRI ZAVALA-BARRERA
```

**ORDER**

**IT IS SO ORDERED.** Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, March 4, 2013, at 10:00 a.m. to **Monday, February 11, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  February 4, 2013                    _____
                                            SENIOR DISTRICT JUDGE

---

- 2 -
Stipulation and [Proposed] Order to Advance Sentencing Hearing
CASE NO.: 1:12-CR-00232 AWI